UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company, and KONINKLIJKE PHILIPS N.V., a Company of the Netherlands,<br><br>Plaintiffs,<br><br>v.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R. NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C19-1745-MLP<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Rules 7 and 10(g), the parties through their undersigned counsel submit for the Court's approval this stipulation to extend the time for Defendants to answer or otherwise respond to the complaint by twenty-one (21) days. In support of this stipulation, the parties state as follows:

Plaintiffs filed their Complaint on October 29, 2019 (Dkt. #1). The Complaint was served on Defendants Summit Imaging Inc. and Lawrence R. Nguyen on November 7, 2019, which under Fed. R. Civ. P. 12(a) would require Defendants to respond by November 28, 2019. However, because November 28, 2019 is the Thanksgiving holiday, the due date for

1 Defendants' to respond to the Complaint falls on the next day, November 29, 2019, pursuant to
2 Fed. R. Civ. P. 6(a).
3     In view of the upcoming Thanksgiving holiday, and in order to provide Defendants and
4 their counsel with sufficient time to investigate the claims and prepare an answer or otherwise
5 respond to the Complaint, the parties hereby stipulate and agree to a 21-day extension of time
6 for Defendants to respond to the Complaint, from November 29, 2019 to December 20, 2019.

7
    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD
8
    Dated this 15th day of November, 2019.
9

| SAVITT BRUCE & WILLEY LLP | SEED IP LAW GROUP LLP |
|---|---|
| s/Stephen C. Willey<br>Stephen C. Willey, WSBA No. 24499<br>1425 Fourth Avenue Suite 800<br>Seattle, Washington 98101-2272<br>Telephone: (206) 749-0500<br>Facsimile: (206) 749-0600<br>Email: swilley@sbwLLP.com | s/Marc C. Levy<br>E. Russell Tarleton, WSBA No. 17006<br>Marc C. Levy, WSBA No. 19203<br>Thomas A. Shewmake, WSBA No. 50765<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104<br>Telephone: (206) 622-4900<br>Facsimile: (206) 682-6031<br>Email: RussT@seedip.com<br>Email: MarcL@seedip.com<br>Email: TomShemake@seedip.com |
| REED SMITH LLP<br><br>Carla M. Wirtschafter (*pro hac vice*)<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067<br>Tel: (310) 734-5200<br>Email: cwirtschafter@reedsmith.com<br><br>Kirsten R. Rydstrom (*pro hac vice*)<br>Richard A. Graham (*pro hac vice*)<br>225 Fifth Ave<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Email: krydstrom@reedsmith.com<br>Email: rgraham@reedsmith.com<br><br>Gerard M. Donavan (*pro hac vice*)<br>1301 K Street, N.W.<br>Suite 1000, East Tower | *Attorneys for Defendants,*<br>*Summit Imaging Inc. and*<br>*Lawrence R. Nguyen* |

| | |
|---|---|
| 1 | Washington, DC 20005-3317<br>Telephone: (202) 414-9200 |
| 2 | Email: gdonovan@reedsmith.com |
| 3 | *Attorney for Plaintiffs,*<br>*Koninklijke Philips N.V. and* |
| 4 | *Philips North America LLC* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.[1]

Dated this 15th day of November, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

---

[1] The parties are reminded of their obligation to email a copy of any future proposed orders, in Word format, to Petersonorders@wawd.uscourts.gov.

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO RESPOND TO
COMPLAINT - 3