The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company, and KONINKLIJKE PHILIPS N.V., a Company of the Netherlands,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R. NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | NO.   2:19-cv-01745-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER CONSENTING TO PLAINTIFFS' FILING A FIRST AMENDED COMPLAINT, EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT, AND EXTENDING INITIAL SCHEDULING DATES<br><br>NOTE ON MOTION CALENDAR:<br>December 19, 2019 |



## I.   STIPULATION

Plaintiffs Philips North America LLC and Koninklijke Philips N.V. and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.   Plaintiffs Philips North America LLC and Koninklijke Philips N.V. filed their Complaint on October 29, 2019 and served Defendants Summit Imaging, Inc. and Lawrence R. Nguyen on November 7, 2019.

STIPULATED MOTION AND ORDER RE: FAC,
EXTENDING TIME FOR DEFENDANTS TO RESPOND,
AND EXTENDING INITIAL SCHEDULING DATES - 1
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

2. On November 15, 2019, the parties filed a stipulation to extend Defendants' deadline to respond to the Complaint from November 29, 2019 to December 20, 2019, and the Court accepted the parties stipulation and entered an order accordingly. ECF-17, ECF-18.

3. Plaintiff Philips North America LLC and Philips India, Ltd. recently received copyright registrations for software that is at issue in this lawsuit. Plaintiffs advised Defendants that based on these registrations they intend to amend the complaint to add a claim for copyright infringement which arises out of and relates to the same conduct alleged in the original complaint.

4. Preserving all of their rights to respond to the First Amended Complaint as provided in Rule 12, Defendants consent to the filing of the First Amended Complaint, including the addition as a plaintiff of Philips India, Ltd., the alleged co-owner or owner of each copyright at issue.

5. Pursuant to LCR 7 and LCR 10(g), the parties submit for the Court's approval this stipulation to: (a) permit the filing of a First Amended Complaint to add a cause of action for copyright infringement pursuant to 17 U.S.C. §§ 101, 501, *et. seq.;* (b) add Plaintiff Philips India, Ltd. as a named plaintiff in this lawsuit; and (c) extend the time for Defendants to answer or otherwise respond to the First Amended Complaint by seven (7) days.

6. With Defendants' consent, Plaintiffs will file their First Amended Complaint on or before December 20, 2019. The parties are further agreed that— subject to the Court's approval—Defendants' deadline to respond to the First Amended Complaint should be extended until January 10, 2020, a seven (7) day extension. The parties respectfully submit that the upcoming holiday constitutes good cause in accordance with LCR 16(b) for this brief requested extension of Defendants' response deadline.

STIPULATED MOTION AND ORDER RE: FAC,
EXTENDING TIME FOR DEFENDANTS TO RESPOND,
AND EXTENDING INITIAL SCHEDULING DATES - 2
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

7. As a related matter, the parties are also agreed—again, subject to the Court's approval—that the dates and deadlines provided for by the Court's Order Regarding Initial Disclosures and Joint Status Report (ECF-20) should be extended as follows:

    (a)    Deadline for FRCP 26(f) Conference – January 16, 2020;

    (b)    Initial Disclosures – January 31, 2020; and

    (c)    Joint Status Report – February 7, 2020.

The parties respectfully submit that the revised schedule as noted above and for the reasons stated, including the filing of a First Amended Complaint, constitutes good cause in accordance with LCR 16(b) for this brief requested extension of the Rule 26 dates.

DATED: December 19, 2019

**SAVITT BRUCE & WILLEY LLP**

By    */s/ Stephen C. Willey*
    Stephen C. Willey, WSBA #24499
    1425 Fourth Avenue, Suite 800
    Seattle, WA 98101-2272
    Telephone: 206.749.0500
    Email: swilley@sbwllp.com

**REED SMITH LLP**
    Carla M. Wirtschafter *(pro hac vice)*
    1901 Avenue of the Stars, Suite 700
    Los Angeles, CA 90067
    Tel: (310) 734-5200
    Email: cwirtschafter@reedsmith.com

    Kirsten R. Rydstrom *(Pro hac vice)*
    Richard A. Graham *(Pro hac vice)*
    Reed Smith Centre, 225 Fifth Ave
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Email: krydstrom@reedsmith.com
    Email: rgraham@reedsmith.com

STIPULATED MOTION AND ORDER RE: FAC,
EXTENDING TIME FOR DEFENDANTS TO RESPOND,
AND EXTENDING INITIAL SCHEDULING DATES - 3
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Gerard M. Donavan (*pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Email: gdonovan@reedsmith.com

*Attorneys for Plaintiffs Philips North America LLC and Koninklijke Philips N.V.*

### SEED IP LAW GROUP LLP

By   */s/ Marc C. Levy [email authorization]*
Russell Tarleton, WSBA #17006
Marc C. Levy, WSBA #19203
Jeffrey E. Danley, WSBA #52747
Thomas A. Shewmake, WSBA #50765
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Email: RussT@seedip.com
Email: MarcL@seedip.com
Email: JeffD@seedip.com
Email: TomShemake@seedip.com

*Attorneys for Defendants Summit Imaging Inc. and Lawrence R. Nguyen*

STIPULATED MOTION AND ORDER RE: FAC,
EXTENDING TIME FOR DEFENDANTS TO RESPOND,
AND EXTENDING INITIAL SCHEDULING DATES - 4
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

It is so ORDERED.

DATED this **20th** day of December, 2019.

_____
The Honorable James L. Robart

STIPULATED MOTION AND ORDER RE: FAC,
EXTENDING TIME FOR DEFENDANTS TO RESPOND,
AND EXTENDING INITIAL SCHEDULING DATES - 5
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500