Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.: 2:19-cv-01745-JLR<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Note on Motion Calendar:<br>April 24, 2020 |

**STIPULATION**

In response to the Court's Order (Dkt. 35) granting in part and denying in part Defendants' motion to dismiss, Plaintiffs Philips North America LLC, Koninklijke Philips N.V., and Philips India Ltd. filed their Second Amended Complaint on April 20, 2020 (Dkt. 36). Under Federal Rule of Civil Procedure 15(a)(3), Defendants are provided 14 days within which to respond to the Second Amended Complaint. Defendants have requested an additional 14 days within which to respond to the Second Amended Complaint which would change the due date from May 4, 2020 to May 18, 2020 and Plaintiffs have agreed to Defendants' request. Therefore, the parties by and through their respective counsel of record, and subject to this Court's approval, hereby stipulate and agree to a 14-day extension of time as follows:

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO ANSWER SECOND
AMENDED COMPLAINT
2:19-cv-01745-JLR

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1

|  | From: | To: |
|---|---|---|
| Defendants' deadline to respond to Second Amended Complaint, on or before: | **May 4, 2020** | **May 18, 2020** |

DATED this 24th day of April, 2020.

| **SAVITT BRUCE & WILLEY LLP** | **SEED IP LAW GROUP LLP** |
|---|---|
| /s/*Stephen C. Willey* | /s/*Marc C. Levy* |
| Stephen C. Willey, WSBA #24499 | Russell Tarleton, WSBA No. 17006 |
| 1425 Fourth Avenue Suite 800 | Marc C. Levy, WSBA No. 19203 |
| Seattle, Washington 98101-2272 | Jeffrey E. Danley, WSBA No. 52747 |
| Telephone: 206.749.0500 | Thomas A. Shewmake, WSBA No. 50765 |
| Email: swilley@sbwLLP.com | 701 Fifth Avenue, Suite 5400 |
|  | Seattle, WA 98104 |
| **REED SMITH LLP** | Telephone: (206) 622-4900 |
| Carla M. Wirtschafter (*pro hac vice*) | Email: RussT@seedip.com |
| 1901 Avenue of the Stars, Suite 700 | Email: MarcL@seedip.com |
| Los Angeles, CA 90067 | Email: JeffD@seedip.com |
| Tel: (310) 734-5200 | Email: TomShewmake@seedip.com |
| Email: cwirtschafter@reedsmith.com |  |
|  | *Attorneys for Defendants,* |
| Kirsten R. Rydstrom (*Pro hac vice*) | *Summit Imaging Inc. and* |
| Richard A. Graham (*Pro hac vice*) | *Lawrence R. Nguyen* |
| Reed Smith Centre |  |
| 225 Fifth Ave |  |
| Pittsburgh, PA 15222 |  |
| Telephone: (412) 288-3131 |  |
| Email: krydstrom@reedsmith.com |  |
| Email: rgraham@reedsmith.com |  |
|  |  |
| Gerard M. Donavan (*pro hac vice*) |  |
| 1301 K Street, N.W. |  |
| Suite 1000, East Tower |  |
| Washington, DC 20005-3317 |  |
| Telephone: (202) 414-9200 |  |
| Email: gdonovan@reedsmith.com |  |

*Attorneys for Plaintiffs*
*Philips North America LLC, Koninklijke*
*Philips N.V., and Philips India Ltd.*
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER SECOND AMENDED COMPLAINT
2:19-cv-01745-JLR

2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

**ORDER**

Pursuant to stipulation, it is so ordered.

DATED this 27th day of April, 2020.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

SEED IP LAW GROUP LLP

/s/*Marc C. Levy*
E. Russell Tarleton, WSBA No. 17006
Marc C. Levy, WSBA No. 19203
Jeffrey E. Danley, WSBA No. 52747
Thomas A. Shewmake, WSBA No. 50765

*Attorneys for Defendants*
*Summit Imaging Inc. and Lawrence R. Nguyen*


SAVITT BRUCE & WILLEY LLP

/s/*Stephen C. Willey*
Stephen C. Willey, WSBA #24499

REED SMITH LLP
Carla M. Wirtschafter (pro hac vice)
Kirsten R. Rydstrom (Pro hac vice)
Richard A. Graham (Pro hac vice)
Gerard M. Donavan (pro hac vice)

*Attorneys for Plaintiffs*
*Philips North America LLC, Koninklijke Philips N.V., and Philips India Ltd.*

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO ANSWER SECOND
AMENDED COMPLAINT
2:19-cv-01745-JLR

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

3