The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R. NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | NO.   2:19-cv-01745-JLR<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>NOTE ON MOTION CALENDAR:<br>May 28, 2020 |

## I.   STIPULATION

Plaintiffs Philips North America LLC, Koninklijke Philips N.V. and Philips India, Ltd. and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.   Defendants answered Plaintiffs' Second Amended Complaint and asserted counterclaims on May 18, 2020.  (ECF-41.)

2.   Pursuant to FRCP 12(a)(1)(B), the deadline for Plaintiffs to respond to Defendants' counterclaims is June, 8, 2020.

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS'
COUNTERCLAIMS - 1
2:19-cv-01745-JLR

3. The parties are agreed—subject to the Court's approval—that Plaintiffs may have a thirty (30) day extension of time, *i.e.*, until <u>July 8, 2020</u>, to file their response to Defendants' counterclaims.

DATED: May 28, 2020

**SAVITT BRUCE & WILLEY LLP**

By   */s/ Stephen C. Willey*
    Stephen C. Willey, WSBA #24499
    1425 Fourth Avenue, Suite 800
    Seattle, WA  98101-2272
    Telephone: 206.749.0500
    Email: swilley@sbwllp.com

**REED SMITH LLP**
    Carla M. Wirtschafter *(pro hac vice)*
    1901 Avenue of the Stars, Suite 700
    Los Angeles, CA 90067
    Tel:  (310) 734-5200
    Email:  cwirtschafter@reedsmith.com

    Kirsten R. Rydstrom (*pro hac vice*)
    Richard A. Graham (*pro hac vice*)
    Reed Smith Centre, 225 Fifth Ave
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Email: krydstrom@reedsmith.com
    Email: rgraham@reedsmith.com

    Gerard M. Donavan (*pro hac vice*)
    1301 K Street, N.W.
    Suite 1000, East Tower
    Washington, DC 20005-3317
    Telephone: (202) 414-9200
    Email: gdonovan@reedsmith.com

*Attorneys for Plaintiffs Koninklijke Philips N.V., Philips North America LLC, and Philips India, Ltd.*

SEED IP LAW GROUP LLP

By    /s/ Marc C. Levy [email authorization]
    Russell Tarleton, WSBA #17006
    Marc C. Levy, WSBA #19203
    Jeffrey E. Danley, WSBA #52747
    Thomas A. Shewmake, WSBA #50765
    701 Fifth Avenue, Suite 5400
    Seattle, WA 98104
    Telephone: (206) 622-4900
    Email: RussT@seedip.com
    Email: MarcL@seedip.com
    Email: JeffD@seedip.com
    Email: TomShemake@seedip.com

*Attorneys for Defendants Summit Imaging Inc. and Lawrence R. Nguyen*

STIPULATED MOTION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' COUNTERCLAIMS - 3
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## II. ORDER

It is so ORDERED.

DATED: __May 29_____, 2020.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE