Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.: 2:19-cv-01745-JLR<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND RE-NOTE MOTION<br><br>Note on Motion Calendar:<br>July 13, 2020 |

**STIPULATION**

Plaintiffs Philips North America LLC, Koninklijke Philips N.V., and Philips India Ltd. filed their Motion to Dismiss Defendants' Counterclaims on July 8, 2020, with a noting date of July 31, 2020 (Dkt. 50). Under Local Rule 7(d)(3), Defendants Summit Imaging Inc. and Lawrence R. Nguyen's opposition papers are due on Monday, July 27, 2020. Defendants have requested an additional 14 days within which to respond to Plaintiffs' Motion to Dismiss, which would extend the due date from July 27, 2020 to August 10, 2020, and proposed that Plaintiffs' motion be re-noted to August 21, 2020, thus making Plaintiffs' reply brief due on that day. Plaintiffs have agreed to Defendants' request and proposal.

Therefore, the parties by and through their respective counsel of record, and subject to this Court's approval, hereby stipulate and agree to an extension of time and re-noting of Plaintiffs' motion as follows:

|  | From: | To: |
| --- | --- | --- |
| Note on Motion Calendar | July 31, 2020 | August 21, 2020 |
| Defendants' Response to Plaintiffs' Motion to Dismiss Counterclaims | July 27, 2020 | August 10, 2020 |
| Plaintiffs' Reply in Support of Motion to Dismiss Counterclaims | July 31, 2020 | August 21, 2020 |

//

DATED this 13th day of July, 2020.

| | |
|---|---|
| **SAVITT BRUCE & WILLEY LLP** | **SEED IP LAW GROUP LLP** |
| /s/Stephen C. Willey | /s/Marc C. Levy |
| Stephen C. Willey, WSBA #24499 | Russell Tarleton, WSBA No. 17006 |
| 1425 Fourth Avenue, Suite 800 | Marc C. Levy, WSBA No. 19203 |
| Seattle, Washington 98101-2272 | Jeffrey E. Danley, WSBA No. 52747 |
| Telephone: 206.749.0500 | Thomas A. Shewmake, WSBA No. 50765 |
| Email: swilley@sbwLLP.com | 701 Fifth Avenue, Suite 5400 |
| | Seattle, WA 98104 |
| **REED SMITH LLP** | Telephone: (206) 622-4900 |
| Carla M. Wirtschafter (*pro hac vice*) | Email: RussT@seedip.com |
| 1901 Avenue of the Stars, Suite 700 | Email: MarcL@seedip.com |
| Los Angeles, CA 90067 | Email: JeffD@seedip.com |
| Tel: (310) 734-5200 | Email: TomShewmake@seedip.com |
| Email: cwirtschafter@reedsmith.com | |
| | *Attorneys for Defendants,* |
| Kirsten R. Rydstrom (*Pro hac vice*) | *Summit Imaging Inc. and* |
| Richard A. Graham (*Pro hac vice*) | *Lawrence R. Nguyen* |
| Reed Smith Centre | |
| 225 Fifth Ave | |
| Pittsburgh, PA 15222 | |
| Telephone: (412) 288-3131 | |
| Email: krydstrom@reedsmith.com | |
| Email: rgraham@reedsmith.com | |

Gerard M. Donavan (*pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Email: gdonovan@reedsmith.com

Lawrence E. James, Jr. (*pro hac vice*)
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: (312) 207-2819
Email: ljames@reedsmith.com

*Attorneys for Plaintiffs*
*Philips North America LLC, Koninklijke*
*Philips N.V., and Philips India Ltd.*

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO DISMISS
COUNTERCLAIMS AND RE-NOTE MOTION
2:19-cv-01745-JLR                    3

**ORDER**

Pursuant to stipulation, it is so ordered.

DATED this 13th day of July, 2020.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

SEED IP LAW GROUP LLP

/s/Marc C. Levy
E. Russell Tarleton, WSBA No. 17006
Marc C. Levy, WSBA No. 19203
Jeffrey E. Danley, WSBA No. 52747
Thomas A. Shewmake, WSBA No. 50765

*Attorneys for Defendants*
*Summit Imaging Inc. and Lawrence R. Nguyen*

SAVITT BRUCE & WILLEY LLP

/s/Stephen C. Willey
Stephen C. Willey, WSBA #24499

REED SMITH LLP
Carla M. Wirtschafter (pro hac vice)
Kirsten R. Rydstrom (Pro hac vice)
Richard A. Graham (Pro hac vice)
Gerard M. Donavan (pro hac vice)
Lawrence E. James, Jr. (*pro hac vice*)

*Attorneys for Plaintiffs*
*Philips North America LLC, Koninklijke Philips N.V., and Philips India Ltd.*

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO DISMISS
COUNTERCLAIMS AND RE-NOTE MOTION
2:19-cv-01745-JLR                                    4