UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUMMIT IMAGING, INC., et al., <br><br> Defendants. | CASE NO. C19-1745JLR <br><br> ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY |

This matter comes before the court on Defendants Summit Imaging, Inc., and Lawrence R. Nguyen's (collectively, "Summit") motion for leave to file a surreply. (Mot. (Dkt. # 55).) Summit requests leave to file a three-page surreply for the sole purpose of responding to Plaintiffs Philips North America, LLC, Koninklijke Philips N.V., and Philips India, Ltd.'s (collectively, "Philips") arguments based on *Federal Trade Commission v. Qualcomm, Inc.*, 969 F.3d 974 (9th Cir. 2020) ("*Qualcomm*"). (Mot. at 2; *see* Reply (Dkt. # 54) at 4 (quoting *Qualcomm*, 969 F.3d at 993, 995).)

ORDER - 1

1  Because *Qualcomm* was issued the day after Summit filed its opposition to Philips's
2  motion, Summit did not have the opportunity to address that case in its opposition.  (*See*
3  Mot. at 2; *see also* Resp. (Dkt. #53).)  Philips has not opposed Summit's motion for leave
4  to file a surreply.  (*See generally* Dkt.)

5      Having considered the motion, the relevant portions of the record, and the
6  applicable law, the court GRANTS Summit's motion for leave to file a surreply (Dkt. #
7  55).  Summit shall file a surreply of no more than three pages in length by no later than
8  November 5, 2020.  Summit's surreply shall be strictly limited to responding to Philips's
9  arguments regarding the applicability of *Qualcomm* to Summit's antitrust counter-claim
10  based on Philips's alleged refusal to deal.  (*See* Dkt. # 54 at 4.)

11      Dated this 30th day of October, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2