The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PHILIPS NORTH AMERICA LLC, a
Delaware Company; KONINKLIJKE PHILIPS
N.V., a Company of the Netherlands; and
PHILIPS INDIA, LTD., an Indian Company,

Plaintiffs,

vs.

SUMMIT IMAGING INC., a Washington
Corporation; LAWRENCE R. NGUYEN, an
individual; and DOES 1-10, inclusive,

Defendants.

NO.   2:19-cv-01745-JLR

**STIPULATED MOTION AND
ORDER REGARDING CERTAIN
DATES**

NOTE ON MOTION CALENDAR:
November 25, 2020

## I.    STIPULATION

Plaintiffs Philips North America LLC, Koninklijke Philips N.V. and Philips India, Ltd.

and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their

undersigned counsel of record, hereby stipulate and agree as follows:

1.    The Court's Order Granting in Part and Denying in Part Plaintiffs' Motion to

Dismiss Counterclaims granted Philips' motion to dismiss Summit's "Sherman Act § 2 antitrust

counterclaims based on an 'essential facilities' theory." Dkt. 73 at 21:16-18.  These

counterclaims were dismissed "without prejudice and with leave to amend." *Id.* at 21:19.  The deadline for Defendants to file amended counterclaims is <u>December 7, 2020</u>.  *Id.* at 22:1-2.

2.      The Court's Order Granting Motion to Amend and to Show Cause Regarding Scheduling granted Summit's motion for leave to amend and provided that Summit should "file its proposed amended answer within seven days of the filing date of this order"—*i.e.*, <u>November 30, 2020</u>.  Dkt. 77 at 5:6-7.  The Court's order also provided that the parties should meet and confer regarding certain issues by November 30 and then respond to order and show cause by December 7.

3.      Summit has advised that it intends to replead its "essential facilities" counterclaim.  Accordingly, in order to avoid overlapping and successive pleadings, and to permit the parties to meet and confer in a more informed manner, the parties stipulate and agree, subject to the Court's approval, to the following modified schedule:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants' Amended Answer | November 30, 2020 | December 7, 2020 |
| Defendants' Amended Counterclaim (included with Defendant's Amended Answer in a single pleading) | December 7, 2020 | December 7, 2020 |
| Meet and confer per Dkt. 77 | November 30, 2020 | December 9, 2020 |
| Respond to Order to Show Cause | December 7, 2020 | December 11, 2020 |
| Plaintiffs' Response to Defendants' Counterclaims per FRCP 15 | November 30, 2020 | December 21, 2020 |
| Plaintiffs' Response to Defendants' Amended Counterclaims per FRCP 15 | December 21, 2020 | December 21, 2020 |

///

///

SO STIPULATED AND AGREED: November 25, 2020

**SAVITT BRUCE & WILLEY LLP**

By ___ */s/ Stephen C. Willey* ___
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101-2272
   Telephone: 206.749.0500
   Email: swilley@sbwllp.com

**REED SMITH LLP**
   Christine Morgan (*pro hac vice*)
   Johnathan I. Detrixhe (*pro hac vice*)
   101 Second Street, Suite 1800
   San Francisco, CA 94105-3659
   Tel: (415) 543-8700
   Email: cmorgan@reedsmith.com
   Email: jdetrixhe@reedsmith.com

   Carla M. Wirtschafter (*pro hac vice*)
   1901 Avenue of the Stars, Suite 700
   Los Angeles, CA 90067
   Tel: (310) 734-5200
   Email: cwirtschafter@reedsmith.com

   Kirsten R. Rydstrom (*pro hac vice*)
   Richard A. Graham (*pro hac vice*)
   Reed Smith Centre, 225 Fifth Ave
   Pittsburgh, PA 15222
   Telephone: (412) 288-3131
   Email: krydstrom@reedsmith.com
   Email: rgraham@reedsmith.com

   Gerard M. Donavan (*pro hac vice*)
   1301 K Street, N.W.
   Suite 1000, East Tower
   Washington, DC 20005-3317
   Telephone: (202) 414-9200
   Email: gdonovan@reedsmith.com

   *Attorneys for Plaintiffs Koninklijke Philips N.V.,*
   *Philips North America LLC, and*
   *Philips India, Ltd.*

STIPULATED MOTION AND ORDER
REGARDING CERTAIN DATES - 3
2:19-cv-01745-JLR

1

## II.    ORDER

2    It is so ORDERED.

3    DATED: _____November 25_____, 2020.

4

5

6    _____
     The Honorable James L. Robart

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER
REGARDING CERTAIN DATES - 5
2:19-cv-01745-JLR