The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R. NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | NO.   2:19-cv-01745-JLR<br><br>**STIPULATED MOTION AND [*PROPOSED*] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>NOTE ON MOTION CALENDAR: December 15, 2020 |

## I.   STIPULATION

Plaintiffs Philips North America LLC, Koninklijke Philips N.V. and Philips India, Ltd. and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.    On November 16, 2020, the Court granted Plaintiffs' Motion to Dismiss Defendants' first and second counterclaims and denied the motion to dismiss the third counterclaim.  ECF 73.

STIPULATED MOTION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' COUNTERCLAIMS - 1
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

2.  Defendants filed amended conditional first and second counterclaims on December 7, 2020. ECF-84-1. Pursuant to FRCP 15(a)(3) and ECF 79, the current deadline for Plaintiffs to respond to Defendants' counterclaims is December 21, 2021.

3.  The parties are agreed—subject to the Court's approval—that Plaintiffs may have a fourteen (14) day extension of time, *i.e.*, until <u>January 4, 2021</u>, to file their response to Defendants' counterclaims.

SO STIPULATED AND AGREED: December 15, 2020.

        S<small>AVITT</small> B<small>RUCE</small> & W<small>ILLEY</small> LLP

By    */s/ Stephen C. Willey*
    Stephen C. Willey, WSBA #24499
    1425 Fourth Avenue, Suite 800
    Seattle, WA  98101-2272
    Telephone: 206.749.0500
    Email: swilley@sbwllp.com

R<small>EED</small> S<small>MITH</small> LLP
    Christine Morgan (*pro hac vice*)
    Johnathan I. Detrixhe (*pro hac vice*)
    101 Second Street, Suite 1800
    San Francisco, CA 94105-3659
    Telephone:  (415) 543-8700
    Email:  cmorgan@reedsmith.com
    Email:  jdetrixhe@reedsmith.com

    Carla M. Wirtschafter *(pro hac vice)*
    1901 Avenue of the Stars, Suite 700
    Los Angeles, CA 90067
    Telephone:  (310) 734-5200
    Email:  cwirtschafter@reedsmith.com

    Kirsten R. Rydstrom (*pro hac vice*)
    Richard A. Graham (*pro hac vice*)
    Reed Smith Centre, 225 Fifth Ave
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Email: krydstrom@reedsmith.com
    Email: rgraham@reedsmith.com

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS'
COUNTERCLAIMS - 2
2:19-cv-01745-JLR

S<small>AVITT</small> B<small>RUCE</small> & W<small>ILLEY</small> LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

|   |   |
|---|---|
| 1 | |
| 2 | Gerard M. Donavan (*pro hac vice*) |
|   | 1301 K Street, N.W. |
| 3 | Suite 1000, East Tower |
|   | Washington, DC 20005-3317 |
| 4 | Telephone: (202) 414-9200 |
|   | Email: gdonovan@reedsmith.com |
| 5 | |
|   | *Attorneys for Plaintiffs Koninklijke Philips N.V.,* |
| 6 | *Philips North America LLC, and* |
|   | *Philips India, Ltd.* |

### SEED IP LAW GROUP LLP

By   /s/ Marc C. Levy *[email authorization]*
Russell Tarleton, WSBA #17006
Marc C. Levy, WSBA #19203
Jeffrey E. Danley, WSBA #52747
Thomas A. Shewmake, WSBA #50765
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Email: RussT@seedip.com
Email: MarcL@seedip.com
Email: JeffD@seedip.com
Email: TomShemake@seedip.com

*Attorneys for Defendants Summit Imaging Inc.*
*and Lawrence R. Nguyen*

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS'
COUNTERCLAIMS - 3
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## II.   ORDER

It is so ORDERED.

DATED: <u>this 16th day of December</u>, 2020.

<u>                    /s/ James L. Robart                    </u>
The Honorable James L. Robart

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS'
COUNTERCLAIMS - 4
2:19-cv-01745-JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500