The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R. NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | NO.    2:19-cv-01745-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' THIRD COUNTERCLAIM**<br><br>NOTE ON MOTION CALENDAR: December 29, 2020 |



## I.  STIPULATION

Plaintiffs Philips North America LLC, Koninklijke Philips N.V. and Philips India, Ltd. and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On November 16, 2020, the Court granted Plaintiffs' Motion to Dismiss Defendants' first and second counterclaims and denied the motion to dismiss the third counterclaim. ECF 73.

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' THIRD
COUNTERCLAIM - 1
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

2. On December 7, 2020, Defendants filed amended conditional first and second counterclaims. ECF-84-1.

3. Under the presently operative schedule, Plaintiffs' deadline to Answer the Third Counterclaim for Copyright Misuse is January 4, 2021. ECF 93.

4. On December 16, 2020, the Court bifurcated and stayed Defendants amended conditional first and second counterclaims. ECF 94.

5. On December 23, 2020, the Court granted Plaintiffs' Motion for Leave to File a Third Amended Complaint. ECF 98.

6. In accordance with the Court's Order, Plaintiffs filed the Third Amended Complaint on December 28, 2020. ECF 99.

7. Pursuant to FRCP 15(a)(3), Defendants' deadline to Answer the Third Amended Complaint is January 11, 2021.

8. In order to avoid duplicative answers to the Third Counterclaim, the parties are agreed—subject to the Court's approval—that Plaintiffs' Answer to Defendants' Third Counterclaim will be due not later than fourteen (14) days after Defendants file their forthcoming Answer to the Third Amended Complaint.

9. The parties are further agreed that the present stipulation and proposed order do not alter or effect the Court's existing order bifurcating and staying Defendants' amended conditional first and second counterclaims (ECF 94), which order remains in effect and applicable to Defendants' conditional first and second counterclaims as reiterated in their forthcoming Answer to the Third Amended Complaint.

///

///

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' THIRD
COUNTERCLAIM - 2
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

SO STIPULATED AND AGREED: December 29, 2020.

**SAVITT BRUCE & WILLEY LLP**

By   */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101-2272
   Telephone: 206.749.0500
   Email: swilley@sbwllp.com

**REED SMITH LLP**
   Christine Morgan (*pro hac vice*)
   Johnathan I. Detrixhe (*pro hac vice*)
   101 Second Street, Suite 1800
   San Francisco, CA 94105-3659
   Telephone: (415) 543-8700
   Email: cmorgan@reedsmith.com
   Email: jdetrixhe@reedsmith.com

   Carla M. Wirtschafter *(pro hac vice)*
   1901 Avenue of the Stars, Suite 700
   Los Angeles, CA 90067
   Telephone: (310) 734-5200
   Email: cwirtschafter@reedsmith.com

   Kirsten R. Rydstrom (*pro hac vice*)
   Richard A. Graham (*pro hac vice*)
   Reed Smith Centre, 225 Fifth Ave
   Pittsburgh, PA 15222
   Telephone: (412) 288-3131
   Email: krydstrom@reedsmith.com
   Email: rgraham@reedsmith.com

   Gerard M. Donavan (*pro hac vice*)
   1301 K Street, N.W.
   Suite 1000, East Tower
   Washington, DC 20005-3317
   Telephone: (202) 414-9200
   Email: gdonovan@reedsmith.com

   *Attorneys for Plaintiffs Koninklijke Philips N.V., Philips North America LLC, and Philips India, Ltd.*

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' THIRD
COUNTERCLAIM - 3
(No. 2:19-cv-01745-JLR)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**SEED IP LAW GROUP LLP**

By    /s/ *Marc C. Levy* *[email authorization]*
    Russell Tarleton, WSBA #17006
    Marc C. Levy, WSBA #19203
    Jeffrey E. Danley, WSBA #52747
    Thomas A. Shewmake, WSBA #50765
    701 Fifth Avenue, Suite 5400
    Seattle, WA 98104
    Telephone: (206) 622-4900
    Email: RussT@seedip.com
    Email: MarcL@seedip.com
    Email: JeffD@seedip.com
    Email: TomShemake@seedip.com

*Attorneys for Defendants Summit Imaging Inc. and Lawrence R. Nguyen*

STIPULATED MOTION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' THIRD COUNTERCLAIM - 4
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II.     ORDER

It is so ORDERED.

DATED: __30 December__, 2020.

_____
The Honorable James L. Robart

STIPULATED MOTION AND ORDER EXTENDING TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' THIRD
COUNTERCLAIM - 5
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Case 2:19-cv-01745-JLR   Document 102   Filed 12/29/20   Page 6 of 6
Case 2:19-cv-01745-JLR   Document 103   Filed 12/30/20   Page 6 of 6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 29th day of December, 2020 at Seattle, Washington.

Nate Garberich

CERTIFICATE OF SERVICE
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500