The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R. NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | NO.   2:19-cv-01745-JLR<br><br>**STIPULATED MOTION AND [*PROPOSED*] ORDER REGARDING INITIAL EXPERT DISCLOSURE DATE**<br><br>NOTE ON MOTION CALENDAR:<br>January 8, 2021 |

### I.   STIPULATION

Plaintiffs Philips North America LLC, Koninklijke Philips N.V. and Philips India, Ltd. and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.   Under the current Minute Order Setting Trial Dates and Related Dates, the disclosure of expert testimony under FRCP 26(a)(2) is due by January 18, 2021.  ECF-71.

2.   In light of ongoing discovery, the parties are agreed—subject to the Court's approval—that the date for initial expert disclosure shall be extended to January 25, 2021.

STIPULATED MOTION AND ORDER REGARDING
INITIAL EXPERT DISCLOSURE DATE - 1
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

SO STIPULATED AND AGREED: January 8, 2021.

**SAVITT BRUCE & WILLEY LLP**

By   */s/ Stephen C. Willey*
    Stephen C. Willey, WSBA #24499
    1425 Fourth Avenue, Suite 800
    Seattle, WA  98101-2272
    Telephone: 206.749.0500
    Email: swilley@sbwllp.com

**REED SMITH LLP**
    Christine Morgan (*pro hac vice*)
    Johnathan I. Detrixhe (*pro hac vice*)
    101 Second Street, Suite 1800
    San Francisco, CA 94105-3659
    Telephone:  (415) 543-8700
    Email:  cmorgan@reedsmith.com
    Email:  jdetrixhe@reedsmith.com

    Carla M. Wirtschafter (*pro hac vice*)
    1901 Avenue of the Stars, Suite 700
    Los Angeles, CA 90067
    Telephone:  (310) 734-5200
    Email:  cwirtschafter@reedsmith.com

    Kirsten R. Rydstrom (*pro hac vice*)
    Richard A. Graham (*pro hac vice*)
    Reed Smith Centre, 225 Fifth Ave
    Pittsburgh, PA 15222
    Telephone: (412) 288-3131
    Email: krydstrom@reedsmith.com
    Email: rgraham@reedsmith.com

    Gerard M. Donavan (*pro hac vice*)
    1301 K Street, N.W.
    Suite 1000, East Tower
    Washington, DC 20005-3317
    Telephone: (202) 414-9200
    Email: gdonovan@reedsmith.com

*Attorneys for Plaintiffs Koninklijke Philips N.V., Philips North America LLC, and Philips India, Ltd.*

STIPULATED MOTION AND ORDER REGARDING
INITIAL EXPERT DISCLOSURE DATE - 2
(No. 2:19-cv-01745-JLR)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**SEED IP LAW GROUP LLP**

By_____*/s/ Marc C. Levy [email authorization]*
    Russell Tarleton, WSBA #17006
    Marc C. Levy, WSBA #19203
    Jeffrey E. Danley, WSBA #52747
    Thomas A. Shewmake, WSBA #50765
    701 Fifth Avenue, Suite 5400
    Seattle, WA 98104
    Telephone: (206) 622-4900
    Email: RussT@seedip.com
    Email: MarcL@seedip.com
    Email: JeffD@seedip.com
    Email: TomShemake@seedip.com

*Attorneys for Defendants Summit Imaging Inc. and Lawrence R. Nguyen*

STIPULATED MOTION AND ORDER REGARDING
INITIAL EXPERT DISCLOSURE DATE - 3
(No. 2:19-cv-01745-JLR)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**II. ORDER**

It is so ORDERED.

DATED: _____January 11_____, 2021.

_____
The Honorable James L. Robart

STIPULATED MOTION AND ORDER REGARDING
INITIAL EXPERT DISCLOSURE DATE - 4
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500