The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | NO.   2:19-cv-01745-JLR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND INITIAL EXPERT DISCLOSURE DATE**<br><br>NOTE ON MOTION CALENDAR:<br>January 25, 2021 |

THIS MATTER comes before the Court on Plaintiffs' unopposed Motion to Extend Initial Expert Disclosure Date (Mot. (Dkt. # 116)), and the Court having considered the motion and being familiar with the files and pleadings in this matter, is fully advised.

**NOW THEREFORE,** Plaintiffs' Motion to Extend Initial Expert Disclosure Date is **GRANTED**. The deadline for initial disclosures of expert testimony pursuant to FRCP 26(a)(2) is hereby extended from January 25, 2021 to January 26, 2021.

///

///

**IT IS SO ORDERED.**

DATED this 26th day of January 2021.

_____
The Honorable James L. Robart
United States District Judge