Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No.: 2:19-cv-01745-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEPOSITIONS OF SONIA SMITH, DREW VOTH, AND PATRICK KENNEDY**<br><br>Note on Motion Calendar: Thursday, March 25, 2021 |

## STIPULATION

Plaintiffs Philips North America LLC, Koninklijke Philips N.V. and Philips India, Ltd. and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Under the Court's Minute Order Setting Trial Dates and Related Dates ("Minute Order"), the close of discovery was Monday, March 22, 2021 (Dkt. 71).

2. On Monday, March 22, 2021, Summit's damages expert, Mr. Drew Voth, submitted a corrected version of his expert report, which relied on newly-produced documents. In order to permit Philips to address the corrected report and newly-produced documents, and other newly-produced documents produced by Summit at Philips' request after March 22, the parties are agreed—subject to the Court's approval—to the following:

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEPOSITIONS OF SONIA SMITH, DREW VOTH, AND PATRICK KENNEDY
2:19-cv-01745-JLR                    1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

(a) Mr. Voth's deposition will be continued on March 26, 2021; (b) Ms. Sonia Smith, a Summit employee, will also be deposed on March 26, 2021; and (c) Philips' damages expert, Dr. Patrick Kennedy, will be deposed on April 2, 2021.

3. The parties agree that all other deadlines in the Minute Order shall remain unchanged.

SO STIPULATED AND AGREED: March 25, 2021.

**SAVITT BRUCE & WILLEY LLP**

/s/Stephen C. Willey *(with permission)*
Stephen C. Willey, WSBA #24499
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Email: swilley@sbwLLP.com

**REED SMITH LLP**

Christine M. Morgan *(pro hac vice)*
Carla M. Wirtschafter *(pro hac vice)*
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Tel: (310) 734-5200
Email: cwirtschafter@reedsmith.com

Kirsten R. Rydstrom (*Pro hac vice*)
Richard A. Graham (*Pro hac vice*)
Reed Smith Centre
225 Fifth Ave
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Email: krydstrom@reedsmith.com
Email: rgraham@reedsmith.com

Gerard M. Donavan (*pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Email: gdonovan@reedsmith.com

*Attorneys for Plaintiffs*
*Philips North America LLC, Koninklijke*
*Philips N.V., and Philips India Ltd.*

**SEED IP LAW GROUP LLP**

/s/Marc C. Levy
Russell Tarleton, WSBA No. 17006
Marc C. Levy, WSBA No. 19203
Jeffrey E. Danley, WSBA No. 52747
Thomas A. Shewmake, WSBA No. 50765
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Email: RussT@seedip.com
Email: MarcL@seedip.com
Email: JeffD@seedip.com
Email: TomShewmake@seedip.com

*Attorneys for Defendants,*
*Summit Imaging Inc. and*
*Lawrence R. Nguyen*

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR DEPOSITIONS OF SONIA
SMITH, DREW VOTH, AND PATRICK KENNEDY
2:19-cv-01745-JLR

2

**ORDER**

It is so ORDERED.

DATED this 25th day of March, 2021.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEPOSITIONS OF SONIA SMITH, DREW VOTH, AND PATRICK KENNEDY
2:19-cv-01745-JLR — 3

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900