The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, a Delaware Company; KONINKLIJKE PHILIPS N.V., a Company of the Netherlands; and PHILIPS INDIA, LTD., an Indian Company,<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT IMAGING INC., a Washington Corporation; LAWRENCE R. NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | NO.   2:19-cv-01745-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE TO MOVE TO RE-OPEN CASE**<br><br>NOTE ON MOTION CALENDAR:<br>July 23, 2021 |



## I.   STIPULATION

Plaintiffs Philips North America LLC, Koninklijke Philips N.V. and Philips India, Ltd. and Defendants Summit Imaging, Inc. and Lawrence R. Nguyen, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On May 24, 2021, the parties participated in a settlement conference with Magistrate Judge Michelle L. Peterson and reached a settlement subject to preparation and execution of final documentation.

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO MOVE TO RE-OPEN CASE - 1
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

2. On May 25, 2021, the Court entered an Order of Dismissal, which order provided that "[i]n the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within 60 days of the date of this order." *See* ECF-315.

2. The parties have prepared and exchanged draft settlement documentation and have been diligent in discussing and attempting to work through numerous implicated issues, but settlement has not yet been perfected. Accordingly, the parties are agreed—subject to the Court's approval—that the deadline for any party to move to reopen this case shall be extended to August 9, 2021.

SO STIPULATED AND AGREED: July 23, 2021.

**SAVITT BRUCE & WILLEY LLP**

By  */s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
Telephone: 206.749.0500
Email: swilley@sbwllp.com

**REED SMITH LLP**
Christine Morgan (*pro hac vice*)
Johnathan I. Detrixhe (*pro hac vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Email: cmorgan@reedsmith.com
Email: jdetrixhe@reedsmith.com

Carla M. Wirtschafter *(pro hac vice)*
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 734-5200
Email: cwirtschafter@reedsmith.com

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO MOVE TO RE-OPEN CASE - 2
(No. 2:19-cv-01745-JLR)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Kirsten R. Rydstrom (*pro hac vice*)
Richard A. Graham (*pro hac vice*)
Reed Smith Centre, 225 Fifth Ave
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Email: krydstrom@reedsmith.com
Email: rgraham@reedsmith.com

Gerard M. Donavan (*pro hac vice*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9200
Email: gdonovan@reedsmith.com

*Attorneys for Plaintiffs Koninklijke Philips N.V., Philips North America LLC, and Philips India, Ltd.*

**SEED IP LAW GROUP LLP**

By    /s/ Marc C. Levy [email authorization]
Russell Tarleton, WSBA #17006
Marc C. Levy, WSBA #19203
Jeffrey E. Danley, WSBA #52747
Thomas A. Shewmake, WSBA #50765
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Email: RussT@seedip.com
Email: MarcL@seedip.com
Email: JeffD@seedip.com
Email: TomShemake@seedip.com

*Attorneys for Defendants Summit Imaging Inc. and Lawrence R. Nguyen*

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO MOVE TO RE-OPEN CASE - 3
(No. 2:19-cv-01745-JLR)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

It is so ORDERED.

DATED: 26 July, 2021.

_____
The Honorable James L. Robart

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO MOVE TO RE-OPEN CASE - 4
(No. 2:19-cv-01745-JLR)